UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JOSEPH STINEBAUGH, SAMUEL OSTRONIK and KIMBERLY SCHWARTZ, as husband and wife and the marital community comprised thereof; THOMAS WHITE, HARVEY ALLEN HILL and TAMI "T.J." HILL, as husband and wife and the marital community comprised thereof; KATIE CRIDER and TRACI HOFFMAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NO.   CV-07-5019-LRS  ORDER OF DISMISSAL |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | |
| COUNTY OF WALLA WALLA; COMMISSIONER GREGG C. LONEY; COMMISSIONER DAVID G. CAREY; COMMISSIONER GREGORY A. TOMPKINS; LON TURNER and CINDY TURNER, as husband and wife and the marital community composed thereof; PHIL MERRELL, DICK WILLIAMS; and JAY WINTER, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' Stipulated Order of Dismissal (Ct. Rec. 248) filed December 31, 2008, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice

ORDER OF DISMISSAL - 1

1  and without an award of attorney's fees or costs to any party.

2      The District Court Executive is directed to file this Order, provide

3  copies to counsel, and **CLOSE THE FILE**.

4      **DATED** this 31st day of December, 2008.

5

6                          ***s/Lonny R. Suko***

7  _____
                        LONNY R. SUKO
8              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL - 2